UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                           CASE NO. 8:15-CR-435-T-17AAS

KEVIN L. POWELL.

_____/

## ORDER

This cause is before the Court on:

Dkt. 54     Motion for Sentencing Transcript

Defendant Kevin L. Powell, <u>pro se</u>, requests a free copy of Defendant's sentencing transcript.

After entering a plea of guilty to Count One of the Indictment on March 17, 2016, Defendant Powell was sentenced on July 22, 2016.

The Eleventh Circuit Court of Appeals has affirmed a district court's denial of a federal prisoner's transcript request where the appellant had no appeal pending and had not moved to vacate his sentence under Sec. 2255. See <u>Walker v. United States</u>, 424 F.2d 278, 279 (5th Cir. 1970)(holding that "only where a [habeas] petitioner has been granted leave to proceed in forma pauperis and his application is pending before the court is that petitioner entitled to be furnished copies of court records without costs."). "Based on the plain language and necessary operation of [28 U.S.C. Sec. 753(f)],...a motion for free transcript pursuant to Sec. 753(f) is not ripe until a Sec. 2255 motion has been filed." <u>United States v. Eduardo Hernandez</u>, 431 Fed. Appx. 813 (11th Cir. 2011)(unpublished).

Case No. 8:15-CR-435-T-17AAS

The docket does not reflect that an appeal is pending or a Sec. 2255 motion has been filed. After consideration, the Court denies Defendant Powell's Motion for Sentencing Transcript without prejudice. Accordingly, it is

**ORDERED** that Defendant Kevin L. Powell's Motion for Sentencing Transcript (Dkt. 54) is **denied without prejudice.** The Clerk of Court shall provide a copy of this Order to pro se Defendant Powell by U.S. Mail.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 26 day of April, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Kevin L. Powell, 63433-018
Federal Correctional Institution
2680 U.S. Highway 301 South
Jesup, GA  31599